USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

REYES SILVA ET AL.,

                               Plaintiff,                                     **16-CV-3552 (PGG) (KHP)**

              -against-                                              **INQUEST ORDER**

LEGEND UPPER WEST LLC ET AL.,

                               Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        This case has been referred to me for a damages inquest after default requiring a report and recommendation. (Doc. No. 101.) By **October 28, 2021**, Plaintiff is directed to serve and file an inquest memorandum, accompanied by supporting affidavits and exhibits setting forth proof of damages, including the costs of this action, Plaintiff's reasonable attorneys' fees, and proposed findings of fact and conclusions of law. All proposed findings of fact must be supported by admissible evidence introduced through affidavit. All proposed findings of law must be supported by reference to applicable law. Claims for actual or statutory damages must be specified and supported with admissible evidence. Claims for attorneys' fees and costs must be supported by detailed attorney time records and evidence of costs (such as receipts or evidence of paid invoices) introduced through an attorney declaration.

        By no later than **October 28, 2021**, Plaintiff shall serve a copy of its inquest papers, as set forth in paragraph one above, along with a copy of this Order, via a method intended to ensure delivery to Defendant (including service at Defendant's principal place of business). Plaintiff shall file an affidavit of service of the inquest papers and this Order with the Court.

Defendant shall have until **November 29, 2021** to object or otherwise respond to Plaintiff's Motion for a Default Judgment and application for damages.  Defendant must file any objections or response with the Court and serve the response and/or objections on Plaintiff's counsel.

A hearing will take place on **Wednesday, December 8, 2021 at 10:00 a.m**. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Counsel for the parties shall be prepared to answer questions and provide testimony, as appropriate, on the damages application.

**SO ORDERED.**

DATED:      New York, New York
            September 15, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge