# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510             Telephone: (212) 317-1200
New York, New York 10165                   Facsimile: (212) 317-1620
_____

woates@faillacelaw.com

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: September 20, 2021

BY ECF
Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

       Re:     Reyes Silva, et al v. Legend Upper West LLC, et al
                 Docket No.: 16-cv-03552 (PGG) (KHP)

Your Honor:

       Our office represents Plaintiffs in the above-referenced matter. We write to respectfully request a brief extension of the deadline to submit a proposed attorneys' fee application and proposed calculation of pre-judgment interest, from today, September 17, 2021 to Wednesday, September 22, 2021. This is the first request of its kind.

       On September 14, 2021, the Court issued an order (ECF Dkt. No. 100) directing, in part, Plaintiffs to submit a proposed attorneys' fee application and proposed calculation of pre-judgment interest by September 17, 2021. Our office is in the process of preparing the proposed application and calculation but needs a brief extension of time to finalize same.

       Our office called the *pro se* Defendant, Min Xing Wang, to obtain consent for the within application. However, when he called him, we received a recording stating that the service we were trying to use was restricted or unavailable. Therefore, we did not obtain his consent.

       Our office will consent to an equivalent extension for the *pro se* Defendant to respond to Plaintiffs' proposed application and calculation, from September 23, 2021 to September 29, 2021.

       We apologize for the delay in making this request.

       Plaintiffs thank the Court for its time and consideration of this matter.

                                                     Respectfully Submitted,

                                                     /s/ *William K. Oates, Esq.*
                                                     William K. Oates