# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

woates@faillacelaw.com

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 10/28/2021

October 28, 2021

BY ECF  
Hon. Katharine H. Parker  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

APPLICATION GRANTED  
*Katharine H. Parker*  
Hon. Katharine H. Parker, U.S.M.J.  
10/28/2021

Re: Reyes Silva, et al v. Legend Upper West LLC, et al  
Docket No.: 16-cv-03552 (PGG) (KHP)

Your Honor:

Our office represents Plaintiffs in the above-referenced matter. We write to respectfully request a brief extension of the deadline to submit Plaintiffs' inquest memorandum and supporting documents, from today, October 28, 2021, to Friday, November 5, 2021. This is the first request of its kind. We did not obtain Defendants' consent to the within request because they are in default.

On September 15, 2021, the Court issued an order (ECF Dkt. No. 102) directing Plaintiffs to submit an inquest memorandum and supporting documents in regard to the damages inquest that is currently before the Court. Our office has drafted the requisite documents. However, most of the Plaintiffs currently reside in another country and it has been difficult to get in touch with them to review the inquest submission, including their declarations. Accordingly, our Office respectfully requests a brief extension of time to submit Plaintiffs' inquest memorandum and supporting documents.

If the Court so requires, our office will consent to an equivalent extension for the defaulting Defendants to file objections or a response to Plaintiffs' inquest submission, from November 29, 2021 to December 7, 2021.

We apologize for the delay in making this request.

Plaintiffs thank the Court for its time and consideration of this matter.

Respectfully Submitted,

/s/ *William K. Oates, Esq.*  
William K. Oates

*Certified as a minority-owned business in the State of New York*