# CSM Legal, P.C.
Employment and Litigation Attorneys

**MEMO ENDORSED**

60 E 42nd Street, Suite 4510
New York, New York 10165
_____

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/08/2021

October 28, 2021

BY ECF
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **APPLICATION GRANTED:** The Inquest Hearing in this matter scheduled on Wednesday, December 8, 2021 at 10:00 a.m in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Thursday, January 6, 2022** at 2:00 p.m.  Plaintiff shall promptly serve a copy of this order on defendants and file an affidavit of service with the court
>
> **APPLICATION GRANTED**
> /s/ Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
> 12/08/2021

Re:   Reyes Silva, et al v. Legend Upper West LLC, et al
      Docket No.: 16-cv-03552 (PGG) (KHP)

Your Honor:

Our office represents Plaintiffs in the above-referenced matter.  <u>I write to respectfully request an adjournment of tomorrow's inquest hearing to a date that is convenient for the Court. The reason for the within request is that our Office did not serve the proper Defendants</u>.

On September 15, 2021, the Court issued an order (ECF Dkt. No. 102) directing Plaintiffs to submit an inquest memorandum and supporting documents ("inquest documents") in regard to the inquest hearing that is currently scheduled for tomorrow, December 8, 2021 at 10:00 a.m.  On November 5, 2021, our office submitted the inquest documents and served those documents on Defendant Min Xin Wang.  However, our office should have served the inquest documents on Defendants Legend Upper West LLC (d/b/a Legend Upper West) and Dinggen Wang, the Defendants who are the subject Plaintiffs' Motion for a Default Judgment and tomorrow's inquest hearing.  Accordingly, since we did not do so, these Defendants do not have notice of tomorrow's hearing.

In light of the foregoing, I respectfully request the Court to permit our Office to serve the proper Defendants and to adjourn tomorrow's inquest hearing to a date that is convenient to the Court.  I deeply apologize to the Court for this oversight and, if the Court grants the within request, we will ensure that the proper Defendants are served and in accordance with any order issued by the Court.

Plaintiffs thank the Court for its time and consideration of this matter.

Respectfully Submitted,

/s/ *William K. Oates, Esq.*
William K. Oates

*Certified as a minority-owned business in the State of New York*