USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JACINTO REYES SILVA et al.,

                Plaintiffs,

    -against-

LEGEND UPPER WEST LLC, MIN XING WANG,
and DINGGEN WANG,

                Defendants.

-----------------------------------------------------------------X

**ORDER CONVERTING INQUEST HEARING TO TELEPHONIC CONFERENCE**

1:16-CV-03552 (PGG) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Inquest Hearing in this matter scheduled for **Thursday, January 6, 2022, at 2:00 p.m.** is hereby converted to a telephonic conference.  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269; access code 4858267**

      SO ORDERED.

Dated: December 22, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge