**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
JACINTO REYES SILVA, PANFILO
ESPINOBARROS, SALVADOR REYES
SILVA, SERGIO CANDIA, SIXTO GALINDO,
and VICTORIANO ROGELIO, individually and
on behalf of others similarly situated,

                        Plaintiffs,                              16 **CIVIL** 3552 (PGG)

           -against-                                            **JUDGMENT**

LEGEND UPPER WEST LLC (d/b/a LEGEND
UPPER WEST), MIN XING WAING, and
DINGGEN WANG,

                        Defendants.
----------------------------------------------------------X

           It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated September 22, 2022, the R&R is adopted in its entirety and pre-

judgment interest is awarded in the following amounts: (1) $28,879.23 to Plaintiff J. Silva; (2)

$40,145.68 to Plaintiff S. Silva; (3) $18,550.03 to Plaintiff Candia; (4) $14,742 to Plaintiff

Galindo; and (5) $8,203.23 to Plaintiff Rogelio. Post-judgment interest is awarded using the

federal rate set forth in 28 U.S.C. § 1961, calculated from the date the Clerk of Court enters

judgment in this action until the date of payment. Plaintiffs are awarded $41,905 in attorneys'

fees and $5,293.90 in costs; accordingly, the case is closed.

**Dated:**  New York, New York
            September 27, 2022

                                                    **RUBY J. KRAJICK**
                                          _____
                                                    **Clerk of Court**
                                  **BY:**    *K. Mango*
                                          _____
                                                    **Deputy Clerk**