USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JACINTO REYES SILVA et al.,

                           Plaintiffs,

       -against-

LEGEND UPPER WEST LLC, et al.,

                           Defendants.

----------------------------------------------------------------X

**ORDER SCHEDULING STATUS CONFERENCE**

1:16-CV-03552 (PGG) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A Status Conference in this matter is hereby scheduled for **Tuesday, October 11, 2022 at 10:30 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED.

Dated: September 30, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge