UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JACINTO REYES SILVA, PANFILO ESPINOBARROS, SALVADOR REYES SILVA, SERGIO CANDIA, SIXTO GALINDO, and VICTORIANO ROGELIO, *individually and on behalf of others similarly situated*,

                        Plaintiffs,

      -against-

LEGEND UPPER WEST LLC. (d/b/a LEGEND UPPER WEST), MIN XING WANG, and DINGGEN WANG,

                        Defendants.
-----------------------------------------------------------------X

**ORDER**

16-CV-3552 (PGG) (KHP)

As discussed at the October 11, 2022 Case Management Conference, by **Thursday, November 10, 2022**, Plaintiffs shall submit a renewed motion and accompanying memo of law in support of Plaintiffs' request that the defaulting defendants be held in joint and several liability with the appearing defendants, who were found liable for certain damages after trial, as well as for liquidated damages. Plaintiffs' submission should include a proposed form of judgment.

     SO ORDERED.

Dated: October 11, 2022
      New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge