UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JACINTO REYES SILVA, PANFILO ESPINOBARROS, SALVADOR REYES SILVA, SERGIO CANDIA, SIXTO GALINDO, and VICTORIANO ROGELIO, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　- against -<br><br>LEGEND UPPER WEST LLC (d/b/a LEGEND UPPER WEST), MIN XING WANG, and DINGGEN WANG,<br><br>　　　　　　　　　　Defendants. | 16 Civ. 3552 (PGG) (KHP)<br><br>**AMENDED JUDGMENT** |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED, ADJUDGED, AND DECREED:

Defendants Min Xing Wang, Dinggen Wang, and Legend Upper West LLC (d/b/a Legend Upper West) are jointly and severally liable for $449,023.20 in damages, owed to Plaintiffs in the following amounts:  (1) $115,044.64 to Plaintiff J. Silva; (2) $146,102.04 to Plaintiff S. Silva; (3) $80,016.12 to Plaintiff Candia; (4) $66,160 to Plaintiff Galindo; and (5) $41,700.40 to Plaintiff Rogelio.

Defendants Min Xing Wang, Dinggen Wang, and Legend Upper West LLC (d/b/a Legend Upper West) are jointly and severally liable for $110,520.17 in pre-judgment interest, owed to Plaintiffs in the following amounts:  (1) $28,879.23 to Plaintiff J. Silva; (2) $40,145.68 to Plaintiff S. Silva; (3) $18,550.03 to Plaintiff Candia; (4) $14,742 to Plaintiff Galindo; and (5) $8,203.23 to Plaintiff Rogelio.  Post-judgment interest is awarded using the federal rate set forth in 28 U.S.C. § 1961, calculated from the date of this Amended Judgment until the date of

payment. Plaintiffs are awarded $41,905 in attorneys' fees and $5,293.90 in costs.

If any amounts remain unpaid upon the expiration of ninety days following issuance of this Amended Judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, then the total amount of judgment shall automatically increase by fifteen percent, as required by New York Labor Law § 198(4).

Dated: New York, New York
      August 18, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge